**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 4, 2016

**VIA ECF**
The Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Cuffy v. Credit Bureau
       16 CV 446 (DLI) (MDG)**

Dear Magistrate Judge Go:

Please be advised that this letter was prepared on April 1, 2016 but was unfortunately not filed.

*I represent the plaintiff in the above matter.  Please be advised that this matter has been resolved on an individual basis on even date.*

*Lastly, I shall be away for Passover from April 19 to May 3 and would appreciate the Court's taking this into consideration for any and all scheduling matters.*

*Thank you for the Court's consideration of the foregoing.*

Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Arthur Sanders, Esq.