UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
ANTHONY CUFFY

                              Plaintiff,

                                                                16 CV 446 (DLI) (MDG)

        -against-


CREDIT BUREAU OF NAPA COUNTY, INC.

                             Defendant.

-------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.